HUCKEL v. PITTSBURGH & LAKE ERIE R. R., APPELLANT.

Appeal, No. 100, Oct. T., 1892, by defendant, from judgment of C. P. No. 3, Allegheny Co., Aug. T., 1891, No. 133, on verdict for plaintiff, Lizzie Huckel, for $225. Argued with preceding case.

The facts were similar to those of the preceding case.

OPINION BY MR. JUSTICE MITCHELL, January 3, 1893:

This case was tried with Malone v. R. R. Co., No. 101 of same term, and the judgment is affirmed for the reasons given in the opinion in that case.